

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00040-CV

| | | |
|---|---|---|
| Diana B. Wilson, M.D. | § | From the 17th District Court |
| v. | § | of Tarrant County (17-259372-12) |
| William Austen Biggers; William Angus Biggers, III, Individually and as Guardian of the Person and Estate of William Austen Biggers; and Lillie Kay Biggers | § | October 3, 2013 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed. We remand the case to the trial court so that it may consider whether to grant a 30-day extension to cure the deficiencies in the expert report.

It is further ordered that the parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel